JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PEACEFUL VIEW PROPERTIES, LLC and D. STEPHEN SORENSEN, individually and as Trustee of the SORENSEN FAMILY TRUST,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., THE TRAVELERS INDEMNITY COMPANY, and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No.  CV 12-09212 CAS (AJWx)<br><br>**[PROPOSED]** ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; F.R. CIV. P. 41(A)(2) |

ORDER FOR DISMISSAL

12004.002 - 236522.1

1  This case having been settled pursuant to a Settlement Agreement dated as of July 8, 2014, a copy of which without exhibits has been filed with the Court, and pursuant to the stipulation of the parties.

IT IS HEREBY ORDERED:

1. Capitalized terms not defined in this order shall have the meanings ascribed thereto in the Settlement Agreement.

2. This action, including the complaint and all counter- and cross-claims, are hereby dismissed with prejudice; provided, however, that this dismissal does not affect: (a) Bank's rights under and to enforce the PVP Loan Documents in the event of a default thereunder after the Closing; and (b) any rights which Bank may have to recover from a Sorensen Party or Parties if Bank is forced to or reasonably determines to return or pay to a trustee, debtor in possession or similar creditor representative amounts paid to Bank under the L/C Agreement or the Settlement Agreement if such payment is alleged to be a "preference", fraudulent transfer or similarly avoidable transfer.

3. No costs or attorney fees shall be awarded in this action. Nothing in this order alters the terms of the Settlement Agreement providing for the payment and recovery of attorney fees, costs and other expenses.

**IT IS SO ORDERED.**

Dated: July 23, 2014      By:_ *Christina A. Snyder*
                              Hon. Christina A. Snyder
                              United States District Court Judge

1
ORDER FOR DISMISSAL

12004.002 - 236522.1